**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| IANA PRICE, | § | |
|     **Plaintiff,** | § | |
| | § | |
| v. | § | **Civil Action No.  3:19-CV-2867-M-BH** |
| | § | |
| UNITED STATES OF AMERICA | § | |
|     **Defendant.** | § | **Referred to U.S. Magistrate Judge** |

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

After reviewing the Findings, Conclusions, and Recommendation of the United States Magistrate Judge for plain error, I am of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

*Defendant's Motion for Summary Judgment*, filed July 30, 2020 (doc. 41), is **GRANTED**, and the plaintiff's claim under Federal Rule of Criminal Procedure 41(g) is **DISMISSED with prejudice**. She was afforded by the Magistrate Judge an opportunity to amend her complaint to assert a claim under *Bivens v. Six Unknown Named Agents*, 403 U.S. 388 (1971), and purportedly did so. *Plaintiff's Motion for Leave to File First Amended Complaint*, filed September 4, 2020 (doc. 51), is **DENIED as moot**.

**SIGNED** this 8th day of March, 2021.

_____
BARBARA M. G. LYNN
CHIEF JUDGE