**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **IANA PRICE,** | § | |
| **Plaintiff,** | § | |
| **vs.** | § | **Civil Action No. 3:19-CV-2867-M-BH** |
| | § | |
| **JARRED CRONENWORTH, et al.,** | § | |
| **Defendants.** | § | |

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION**
**OF THE UNITED STATES MAGISTRATE JUDGE**

After reviewing the Findings, Conclusions, and Recommendation of the United States Magistrate Judge for plain error, I am of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court. By separate judgment, the plaintiff's claims against the unserved individual defendants will be **DISMISSED** without prejudice *sua sponte* for failure to comply with Fed. R. Civ. P. 4(m).

**SIGNED this 31st day of August, 2022.**

**BARBARA M. G. LYNN**
**CHIEF JUDGE**